# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163290(58)(59)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RICHARD GERALD MUSSELMAN,
     Defendant-Appellant.
_____/

SC: 163290
COA: 351700
Saginaw CC: 80-000118-FY

       On order of the Chief Justice, the motion of defendant-appellant to exceed the word limitation for the application for leave to appeal is GRANTED. The application submitted on July 15, 2021, is accepted for filing. On further order of the Chief Justice, the motion for the temporary admission of out-of-state attorneys Samuel Callahan, John Swanson, and Andrew Tutt to appear and practice in this case under MCR 8.126(A) is GRANTED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

     July 23, 2021



Clerk